1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MANUELA CANCINO CONTRERAS          )   Case No. 1:10-cv-1203-AWI-JLT
     MORALES, individually and as       )
12   Successor-In-Interest to Ruben Mesa )
     Morales, deceased; R.A.M., individually )   ORDER FOR SERVICE OF COMPLAINT
13   and as Successor-In-Interest to Ruben Mesa )
     Morales, deceased, by and through his )
14   Guardian Ad Litem, Manuela Cancino  )
     Contreras Morales,                  )
15                                        )
                Plaintiffs,               )
16                                        )
          vs.                             )
17                                        )
     CITY OF DELANO, a municipal          )
18   corporation; MARK P. DEROSIA,        )
     individually and in his capacity as Chief of )
19   Police of the City of Delano Police  )
     Department; JOSE MEJIA, individually )
20   and in his capacity as a reserve officer of )
     the City of Delano Police Department; )
21   SHAUN MANUELE, individually and in  )
     his capacity as an officer of the City of )
22   Delano Police Department; and DOES 1 )
     through 50, inclusive,               )
23                                        )
                Defendants.               )
24   _____ )

25

26          The Court finds that the Second Amended Complaint appears to state a cognizable claim

27   for relief under 42 U.S.C. § 1983 against Defendants CITY OF DELANO, MARK DEROSIA,

JOSE MEJIA and SHAUN MANUELE.  Accordingly, it is HEREBY ORDERED that:

1.      Service is appropriate for defendants City of Delano, Mark DeRosia, Jose Mejia and Shaun Manuele;

2.      The Clerk of the Court shall send Plaintiff four USM-285 form, four summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 6, 2010 (Doc. 12);

3.      Within thirty days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

        a.      Completed summonses;

        b.      One completed USM-285 form for each defendant listed above; and

        c.      Four (4) copies of the endorsed complaint filed August 6, 2010.

4.      Plaintiff need not attempt service on the defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.**


IT IS SO ORDERED.

Dated:  **August 6, 2010**                                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE