1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MANUELA CANCINO CONTRERAS     )   Case No. 1:10-cv-1203-AWI-JLT
    MORALES, et al,               )
12                                )   ORDER VACATING SETTLEMENT
              Plaintiffs,         )   CONFERENCE
13                                )
          vs.                     )
14                                )   (Docs. 3, 4)
    CITY OF DELANO, et al.,       )
15                                )
              Defendants.         )
16  _____  )

17

18       Before the Court is the joint request to vacate the settlement conference scheduled to

19  occur on June 14, 2011.  (Doc. 36)  The parties report that they will participate in mediation and,

20  accordingly, the settlement conference is not needed.  Id. at 2.

21       Based thereon, the Court **VACATES** the settlement conference scheduled for June 14,

22  2011.

23

24  IT IS SO ORDERED.

25  Dated:  **May 26, 2011**                    _____**/s/ Jennifer L. Thurston**_____
                                              UNITED STATES MAGISTRATE JUDGE
26

27