IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUELA CANCINO CONTRERAS MORALES and R.A.M., a minor,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF DELANO; MARK P. DEROSIA; JOSE MEJIA; SHAUN MANUELE; and DOES 1 through 50, inclusive,<br><br>    Defendants. | 1:10-CV-1203 AWI JLT<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 7, 2011, AND TAKING MATTER UNDER SUBMISSION |

   In this civil rights action for damages the parties have filed cross-motions for summary judgment.  Both motions are currently scheduled for oral argument to be held November 7, 2011, at 1:30 p.m..  The Court has reviewed Plaintiffs' Motion, the opposition, Plaintiffs' reply, the accompanying documents, and the applicable law, and has determined that, for the present, the Motion is suitable for decision without oral argument.  Local Rule 78-230(h). The court recognizes that the submissions of both parties is voluminous and that issues requiring court hearing could later arise.  Should it later be determined that hearing on the motions for summary judgment would be helpful, the court will schedule such hearing with the parties.

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 7, 201, is VACATED, and no party shall appear at that time.  As of November 7, 2011, the Court will take the matter under submission, and will thereafter issue its decision. IT IS SO ORDERED.

Dated:   November 1, 2011                                            _____
                                                                                         CHIEF UNITED STATES DISTRICT JUDGE