Mark Pachowicz, SBN 138108
Lanny M. Tron, SBN 135339
LAW OFFICES OF MARK PACHOWICZ, APLC
771 Daily Drive, Suite 230
Camarillo, California 93010
805-987-4975 telephone
805-987-4980 facsimile
Email: lannytron@tronlaw.com

Attorneys for Plaintiffs

Jon F. Hamilton, SBN 232559
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
jhamilton@law4cops.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MANUELA CANCINO CONTRERAS MORALES, et al.;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DELANO, et al.<br><br>Defendants. | No. 1:10-CV-01203-AWI-JLT<br><br>**ORDER TO CONTINUE PRE-TRIAL CONFERENCE** |

THE COURT HEREBY ORDERS that the Pre-Trial Conference, currently scheduled for January 20, 2012 at 8:30 a.m., be continued to February 3, 2012 at 8:30 a.m. in Courtroom 2 of the U.S. District Court, Eastern District of California, located in Fresno, California.

IT IS SO ORDERED.

Dated:   December 21, 2011

CHIEF UNITED STATES DISTRICT JUDGE