1

2

3

4

5

6

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

7   MANUELA CANCINO CONTRERAS )      1:10-CV-1203 AWI JLT
    MORALES and R.A.M., a minor, )
                                  )      ORDER CONTINUING
8             Plaintiff,          )      PRETRIAL CONFERENCE TO
                                  )      THURSDAY, FEBRUARY 9,
9        v.                       )      2012
                                  )
10  CITY OF DELANO; MARK P.       )
    DEROSIA; JOSE MEJIA; SHAUN    )
11  MANUELE; and DOES 1 through 50, )
    inclusive,                    )
12                                )
              Defendants.         )
13  _____  )

14

15        A pretrial conference is currently scheduled in the above-captioned action for Friday,

16  February 3, 2012.  Currently before the court are the parties' cross-motions for summary

17  judgment or summary adjudication.  The court anticipates that the court will render its opinion

18  as to the parties' cross-motions on or before Friday February 3, 2012, but the court is

19  concerned that the parties should have the opportunity to consider the court's order prior to the

20  time scheduled for the pretrial conference.  The court finds that a six-day continuance should

21  be sufficient for the court to file its decision and for the parties to give appropriate

22  consideration to it.

23        THEREFORE, it is hereby ORDERED that the pretrial conference currently set for

24  February 3, 2012, is hereby CONTINUED to Thursday, February 9, 2012 at 8:30 a.m.

25  IT IS SO ORDERED.

26

    Dated:    February 1, 2012          _____
27                                       CHIEF UNITED STATES DISTRICT JUDGE

28