IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUELA CANCINO CONTRERAS MORALES and R.A.M., a minor,<br><br>           Plaintiff,<br><br>   v.<br><br>CITY OF DELANO; MARK P. DEROSIA; JOSE MEJIA; SHAUN MANUELE; and DOES 1 through 50, inclusive,<br><br>           Defendants. | 1:10-CV-1203 AWI JLT<br><br>ORDER CONTINUING PRETRIAL CONFERENCE TO THURSDAY, FEBRUARY 9, 2012 |

   A pretrial conference is currently scheduled in the above-captioned action for Friday, February 3, 2012.  Currently before the court are the parties' cross-motions for summary judgment or summary adjudication.  The court anticipates that the court will render its opinion as to the parties' cross-motions on or before Friday February 3, 2012, but the court is concerned that the parties should have the opportunity to consider the court's order prior to the time scheduled for the pretrial conference.  The court finds that a six-day continuance should be sufficient for the court to file its decision and for the parties to give appropriate consideration to it.

   THEREFORE, it is hereby ORDERED that the pretrial conference currently set for February 3, 2012, is hereby CONTINUED to Thursday, February 9, 2012 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   February 1, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE