IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUELA CANCINO CONTRERAS MORALES and R.A.M., a minor,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF DELANO; MARK P. DEROSIA; JOSE MEJIA; SHAUN MANUELE; and DOES 1 through 50, inclusive,<br><br>            Defendants. | 1:10-CV-1203 AWI JLT<br><br>ORDER FURTHER CONTINUING PRETRIAL CONFERENCE TO THURSDAY, FEBRUARY 16, 2012 |

    A pretrial conference is currently scheduled in the above-captioned action for Friday, February 9, 2012.  Currently before the court are the parties' cross-motions for summary judgment or summary adjudication.  Due to the press of court business, the court has been unable to provide thorough review of its planned order on the parties' cross-motions for summary judgment within the one-week time period originally set.  The court therefore finds it necessary to further continue the date for the pretrial conference.  The court finds that an additional seven-day continuance should be sufficient.

    THEREFORE, it is hereby ORDERED that the pretrial conference currently set for February 9, 2012, is hereby CONTINUED to Thursday, February 16, 2012 at 9:30 a.m. in the chambers of Judge Anthony Ishii.

IT IS SO ORDERED.

Dated:     February 8, 2012                                                                    
                                                                             CHIEF UNITED STATES DISTRICT JUDGE