**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUELA CANCINO CONTRERAS MORALES and R.A.M., a minor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF DELANO; MARK P. DEROSIA; JOSE MEJIA; SHAUN MANUELE; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | 1:10-CV-1203 AWI JLT<br><br>SCHEDULING ORDERS PURSUANT TO STATUS CONFERENCE OF FEBRUARY 16, 2012 |

On February 16, 2012, a status conference was held in the above captioned action. Pursuant to the agreement of the parties and the needs of the court to manage its calendar the current trial date of March 12, 2012, is hereby VACATED.  Any currently scheduled dates associated with the trial date of March 12, 2012, are likewise VACATED.  The following schedule is hereby ORDERED.

1. Further briefs in support of, or in opposition to, Plaintiffs' motion for summary adjudication on the issue of Plaintiffs' claim for Fourth Amendment violation arising from the search of Decedent's Apartment shall be simultaneously filed and served not later than March 2, 2012.  Responsive briefs may be simultaneously filed not later than March 9, 2012.

2. The Pretrial Conference, originally scheduled for February 16, 2012, is hereby rescheduled to be held on Friday, March 23, 2012.  The parties shall meet and confer

prior to that date and shall file a joint pretrial statement not later than Thursday, March 22, 2012.

3. The parties may file and serve further motions in limine pursuant to the following schedule:

(a) further motions in limine shall be filed and served not later than April 3, 2012

(b) oppositions shall be filed and served not later than April 17, 2012

(c) replies, if any, may be filed and served not later than April 24, 2012

4. Trial confirmation and the hearing on motions in limine shall be held Monday, April 30, 2012, at 1:30 p.m. in courtroom 2.

5. The trial in this action is scheduled for May 8, 2012, at 8:30 a.m. in courtroom 2.

IT IS SO ORDERED.

Dated:     February 17, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2