IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUELA CANCINO CONTRERAS MORALES and R.A.M., a minor,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF DELANO; MARK P. DEROSIA; JOSE MEJIA; SHAUN MANUELE; and DOES 1 through 50, inclusive,<br><br>  Defendants. | 1:10-CV-1203 AWI JLT<br><br>**ORDER CONTINUING DATE OF HEARING ON DEFENDANTS' MOTIONS ON STANDING AND FAILURE TO JOIN NECESSARY PARTIES** |

    Currently before the court are motions by defendants for dismissal of the action for lack of standing and for failure to join an indispensable party.  The motions are currently set for oral argument to be held on Monday, May 7, 2012.  Due to conflicting demands on the court's availability, it is necessary to continue the currently scheduled date for oral argument to Tuesday, May 15, 2012, at 10:15 a.m.  Should this time or date be inconvenient for either party, the parties may confer to determine a mutually agreeable date not later than May 18, 2012, but not including the dates of May 7, May 8 or May 14.  Any mutually agreeable date and time, other than as set by this order, may be arranged with the Deputy Clerk by telephone at (559) 499-5668.

1  THEREFORE, it is hereby ORDERED that the currently set hearing date of May 7, 2012 is hereby CONTINUED to Tuesday, May 15, 2012, at 10:15 a.m. in Courtroom 2 or as may be mutually agreed by the parties consistent with this order.

IT IS SO ORDERED.

Dated:   May 3, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE