1

2

3

4

5

6

**IN THE UNITED STATES DISTRICT COURT FOR THE**

7

**EASTERN DISTRICT OF CALIFORNIA**

8

| | | |
|---|---|---|
| **MANUELA CANCINO CONTRERAS** | ) | **1:10-CV-1203 AWI JLT** |
| **MORALES and R.A.M., a minor,** | ) | |
| | ) | **ORDER CONTINUING DATE** |
| **Plaintiff**, | ) | **OF HEARING ON** |
| | ) | **DEFENDANTS' MOTIONS ON** |
| **v.** | ) | **STANDING AND FAILURE TO** |
| | ) | **JOIN NECESSARY PARTIES** |
| **CITY OF DELANO; MARK P.** | ) | |
| **DEROSIA; JOSE MEJIA; SHAUN** | ) | |
| **MANUELE; and DOES 1 through 50,** | ) | |
| **inclusive,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| _____ | ) | |

9

10

11

12

13

14

15

16

17          Currently before the court are motions by defendants for dismissal of the action for

18    lack of standing and for failure to join an indispensable party.  The motions are currently set

19    for oral argument to be held on Monday, May 7, 2012.  Due to conflicting demands on the

20    court's availability, it is necessary to continue the currently scheduled date for oral argument

21    to Tuesday, May 15, 2012, at 10:15 a.m.  Should this time or date be inconvenient for either

22    party, the parties may confer to determine a mutually agreeable date not later than May 18,

23    2012, but not including the dates of May 7, May 8 or May 14.  Any mutually agreeable date

24    and time, other than as set by this order, may be arranged with the Deputy Clerk by telephone

25    at (559) 499-5668.

26

27

28

1    THEREFORE, it is hereby ORDERED that the currently set hearing date of May 7,

2    2012 is hereby CONTINUED to Tuesday, May 15, 2012, at 10:15 a.m. in Courtroom 2 or as

3    may be mutually agreed by the parties consistent with this order.

4

5    IT IS SO ORDERED.

6
     Dated:    May 3, 2012

7                                         CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2