UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANUELA CANCINO CONTRERAS MORALES, and R.A.M., a minor<br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF DELANO; MARK P. DEROSIA; JOSE MEJIA; SHAUN MANUELE; and DOES 1 through 50, inclusive,<br>　　　　　　　　　　　Defendants. | CASE NO. 1:10-cv-1203-AWI-JLT<br><br>ORDER RE: MOTION FOR APPROVAL OF COMPROMISE OF MINOR PLAINTIFF R.A.M.'S CLAIMS<br><br>**Date:** October 31, 2012<br>**Time**: 9:00 a.m.<br>**Place:** Courtroom  2<br>　　Hon. Judge Anthony W. Ishii. |

Plaintiffs' Motion for approval of the compromise of the minor plaintiff R.A.M.'s claims has been received and reviewed by this Court, along with any response thereto by defendants. This matter came before this Court on October 31, 2012.   Plaintiffs appeared by counsel Mark Pachowicz and Lanny M. Tron of the Law Office of Mark Pachowicz, and Defendants herein appeared by counsel Jon F. Hamilton of Ferguson, Praet & Sherman.  Evidence, both written and oral, having been considered, and good cause appearing therefore:

**IT IS HEREBY ORDERED**:

Plaintiffs' Motion is granted.   The Court approves the compromise of the plaintiff minor R.A.M.'s claims.

The Court further orders disbursement of the minor R.A.M.'s $100,000 in settlement proceeds as follows:

Law Office Of
Mark Pachowicz, APLC
771 Daily Dr, Ste. 230.
Camarillo, ca  93012
tel. (805) 987-4975

[PROPOSED] ORDER RE: MOTION FOR APPROVAL OF COMPROMISE OF MINOR PLAINTIFF R.A.M.'S CLAIMS


(a) Payment to plaintiff Manuela Cancino Contreras Morales, the guardian ad litem of plaintiff R.A.M., minor R.A.M.'s net settlement proceeds in the amount of $60,000. Said proceeds are ordered to be used by the minor's guardian ad litem for his sole benefit, to pay for necessities, such as housing, transportation, clothing, and food;

(b) Payment to The Law Offices of Mark Pachowicz, attorneys for the minor plaintiff R.A.M, the amount of $40,000 in attorneys' fees.

IT IS SO ORDERED.

Dated:   November 9, 2012                         _____
                                                  UNITED STATES DISTRICT JUDGE

Law Office Of
Mark Pachowicz, APLC
771 Daily Dr, Ste. 230.
Camarillo, ca  93012
tel. (805) 987-4975

-2-

[PROPOSED] ORDER RE: MOTION FOR APPROVAL OF COMPROMISE OF MINOR PLAINTIFF R.A.M.'S CLAIMS