1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUELA CANCINO CONTRERAS MORALES, and R.A.M., a minor, | ) ) ) | No. 1:10-cv-1203-AWI-JLT |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | **STIPULATED ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| CITY OF DELANO; MARK P. DeROSIA; JOSE MEJIA; SHAUN MANUELE; and DOES 1 through 50, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

The parties, Plaintiffs, MANUELA CANCINO CONTRERAS MORALES, and R.A.M., a minor, by and through his guardian ad litem, MANUELA CANCINO CONTRERAS MORALES, and Defendants, CITY OF DELANO, MARK P. DeROSIA, JOSE MEJIA, and SHAUN MANUELE, having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:    November 19, 2012

UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28